J-S28019-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| RONEXON LOUIS COLLADO, | : | |
| | : | |
| Appellant | : | No. 1286 MDA 2017 |

Appeal from the Judgment of Sentence, May 24, 2017,
in the Court of Common Pleas of Schuylkill County,
Criminal Division at No(s): CP-54-CR-0001821-2016.

BEFORE:  OLSON, J., KUNSELMAN, J., and MUSMANNO, J.

JUDGMENT ORDER BY KUNSELMAN, J.:                **FILED JUNE 27, 2018**

Ronexo Louis Collado appeals from the judgment of sentence, after a jury convicted him of various drug-dealing charges.[1]  He raises two issues in his brief:  that (1) venue for two of the three charges was proper only in the Court of Common Pleas of Luzerne County and (2) the consolidation of his three offenses into a single trial was prejudicial.  Because Collado never objected to venue or consolidation before or during the trial, and only raised these issues for the first time in his post-sentence motion, both of these issues are waived.  Collado claims that an objection to venue may be raised at any time, because it is a question of subject matter jurisdiction, relying upon *Commonwealth v. Duden*, 473 A.2d 614 (Pa. Super. 1984).  However, the

---

[1] 35 P.S. § 780-113(a)(30); 18 Pa.C.S.A. § 903(a)(1).

statement in **Duden,** upon which Collado relies, has been abrogated in **Commonwealth v. Fields**, 827 A.2d 1231, 1234 (Pa. Super. 2003).

As such, we hereby **ORDER** that the two appellate issues raised by Collado are dismissed as waived. **See** Pennsylvania Rule of Criminal Procedure 134(A); **see also** Pennsylvania Rule of Criminal Procedure 583, Comment.

Judgment of sentence affirmed.


Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: <u>6/27/2018</u>